FILED

November 18, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )          Case No. 2:11-CR-00210-JAM-9
                                )
v.                              )          ORDER FOR RELEASE OF
                                )          PERSON IN CUSTODY
RACHEL SIDERS ,                 )
                                )
                Defendant.      )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __RACHEL SIDERS__ , Case No. __2:11-CR-__

__00210-JAM-9__ , Charge __Title 18 USC § 1343__ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

__✔__    Bail Posted in the Sum of $ _50,000 (co-signed)_____

    __✔__    Unsecured Appearance Bond

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    __✔__    (Other)        _Defendant shall surrender passport._____

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _November 18, 2011_ at ___2:25___ pm .

By _____

Dale A. Drozd
United States Magistrate Judge