PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorney for Defendant
Rachel Siders

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>v.<br><br>Rachel Siders,<br><br>             Defendant. | Case No.  2:12-CR-0226 JAM & 2:11-cr-00210-JAM-9<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND PRETRIAL SERVICES CONDITIONS**<br><br>Court: Hon. Edmund F. Brennan |

   Defendant, Rachel Siders, through her counsel, and Plaintiff United States of America, through Assistant United States Attorney Christiaan Highsmith, hereby stipulate and request that the Court amend Siders' pretrial services conditions as follows:

   That a condition be added stating:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the cost of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

   Pretrial Services has requested that the parties file this stipulation and proposed order amending the conditions.

Amendment to Stipulation and Order re: Pretrial Services Conditions
1

1  Dated:  April 8, 2015

2
                                                    By:  /s/  Eduardo G. Roy
3                                                          EDUARDO G. ROY
                                                        Attorney for Defendant
4                                                          Rachel Siders

5

6
7  Dated: April 8, 2015                             BENJAMIN WAGNER
                                                    United States Attorney

8                                                     Christiaan Highsmith
                                                    Assistant United States Attorney
9                                                     Attorney for Plaintiff

10                                            **ORDER**

11  The Court adds the following condition to Siders' pretrial release:

12  You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part
13  of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.
14
15  IT IS SO ORDERED.

16  Dated: April 9, 2015

                                        EDMUND F. BRENNAN
17                                        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28