PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorney for Defendant
Rachel Siders

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>v.<br><br>Kuzmenko, et al.<br><br>         Defendant. | Case No. 2:11-CR-0210 JAM<br><br>**ORDER TO CONTINUE SENTENCING HEARING**<br><br>Court: Hon. John A. Mendez |

**ORDER**

IT IS ORDERED that the sentencing hearing in this matter, currently set for March 22, 2016, is continued to June 21, 2016 at 9:15 a.m.

Dated: February 24, 2016

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

(Proposed) Order
1