PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone: 415.527.0255

Attorney for Defendant
Rachel Siders

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2:11-CR-0210 JAM |
| Plaintiff, | (PROPOSED) ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| Kuzmenko, et al. | Court: Hon. John A. Mendez |
| Defendant. | |

(Proposed) Order
1

1                      (~~PROPOSED~~) ORDER

3    IT IS ORDERED that the sentencing hearing in this matter, currently set for June 21, 2016, is continued to September 20, 2016. @ 9:15 am

5    Dated: May 26, 2016

                                       Hon. John A. Mendez
                                       UNITED STATES DISTRICT JUDGE