PROMETHEUS PARTNERS LLP
EDUARDO G. ROY (SBN 146316)
eduardo.roy@prometheus-law.com
The Mills Tower
220 Montgomery Street, Suite 1094
San Francisco, CA 94104
Telephone:     415.527.0255

Attorney for Defendant
Rachel Siders

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case Nos.   2:12CR00226-1 |
| Plaintiff, | 2:11CR00210-9 |
| v. | **ORDER SEALING DOCUMENTS** |
| Rachel Siders, | |
| Defendant. | |

1    IT IS ORDERED that Defendant Siders's Sentencing Memorandum and Exhibits thereto are

2  hereby SEALED.

3

4  Dated:  9-14-2016

5                                              By: _____

6                                                  Hon. John A. Mendez
                                                   United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           1              [PROPOSED] ORDER
                                                      Case No. 2:12CR00226-1, 2:11CR00210-9 JAM