1    H. Dean Steward  SBN 85317
2    107 Avenida Miramar, Ste. C
     San Clemente, CA92672
3    949-481-4900
     Fax: (949) 496-6753
4

5    Attorney for Defendant
     RACHEL SIDERS
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES,                     Case No. CR-11-210-JAM AND
                                        CR-12-226-JAM
13
                    Plaintiff,
14                                      ORDER RE SEALING DOCUMENT
15        vs.

16   RACHEL SIDERS

17
                    Defendant.
18

19

20

21   A sufficient showing having been made, it is ordered that Ex. "A" and "B" to

22   defendant's Motion to Reduce Sentence- Compassionate Release shall be sealed by the

23   clerk of the court. The documents contain detailed health information about the

24   defendant, and must be sealed under HIPAA and local rules.

25

26   DATED:  January 21, 2021        /s/ John A. Mendez
                                     _____
27                                   THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
28
                                    - 1 -