McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS.  2:12-CR-00226-JAM |
| --- | --- |
| Plaintiff, | 2:11-CR-00210-JAM |
| v. | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| RACHEL SIDERS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on January 21, 2021.  The government's response is due on February 1, 2021, with any reply from the defendant due on February 8, 2021.

2.      Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a)      The government's response to the defendant's motion to be filed on or before February 8, 2021;

b) The defendant's reply to the government's response to be filed on or before February 16, 2021.

IT IS SO STIPULATED.

Dated: January 22, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: January 22, 2021

/s/ H. DEAN STEWARD
H. DEAN STEWARD
Counsel for Defendant
RACHEL SIDERS

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion is due on or before February 8, 2021;

b) The defendant's reply to the government's response, if any, is due on February 16, 2021.

IT IS SO FOUND AND ORDERED this 22nd day of January, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE BRIEFING SCHEDULE         2